UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

VICKIE S. PENNINGTON,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY, *Michael Astrue*,

    Defendant,

v.

SSAOGC,

    Interested Party.

Case No. 09-cv-973-JPG

## JUDGMENT

This matter having come before the Court, the issues having been heard, and the Court having rendered decisions thereon,

IT IS HEREBY ORDERED AND ADJUDGED that the final decision of Defendant Commissioner of Social Security to deny Plaintiff Vickie Pennington's applications for disability benefits is affirmed.

                                **NANCY ROSENSTENGEL, CLERK**

                                **By:s/Deborah Agans, Deputy Clerk**

**Date: April 5, 2011**

**Approved:**   s/ J. Phil Gilbert
                 **J. PHIL GILBERT**
                 **DISTRICT JUDGE**